ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

KENNAMETAL, INC., Plaintiff–
Appellant,

v.

CERAMETAL S.A.R.L., Defendant–
Appellee,

and

International Waterjet Parts, Inc.,
Defendant–Appellee.

No. 02–1156.

United States Court of Appeals,
Federal Circuit.

July 12, 2002.

ORDER

The parties having so agreed, it is

Victorie S. WHITE, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 02–3224.

United States Court of Appeals,
Federal Circuit.

July 12, 2002.

ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.